Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 02–9579. IN RE STEELE. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [538 U. S. 960] denied.

No. 02–10267. CHEH v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 23, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–10326. IN RE BARCLAY. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 23, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 02–9897. IN RE BREWER; and
No. 02–10054. IN RE FLYNN. Petitions for writs of mandamus denied.

No. 02–925. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS ET AL. v. NANDA ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1191. DONATO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–1253. RIGGS ET AL. v. SAN JUAN COUNTY, UTAH, ET AL.;
No. 02–1444. SAN JUAN COUNTY, UTAH, ET AL. v. RIGGS ET AL.; and
No. 02–1445. SAN JUAN HEALTH SERVICES ET AL. v. RIGGS ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 309 F. 3d 1216.

No. 02–1272. DEPAOLI ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–1273. ARMENDARIZ-MONTOYA v. SONCHIK, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.